IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00410-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 5 2007

GREGORY C. LANGHAM
CLERK

TANYA J. REED,

Plaintiff,

v.

CONSTANCE GRIGNON,
BRETT BARBER,
JAY DONLY,
K. DAVID HOLMES, JR., and
ELIZABETH M. REDMAN,

Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Tanya J. Reed, initiated this action by filing ***pro se*** a Complaint. The court must construe the complaint liberally because Ms. Reed is representing herself. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Ms. Reed will be ordered to file an amended complaint.

The court has reviewed the Complaint filed by Ms. Reed and has determined that the Complaint is deficient. First, although Ms. Reed lists five Defendants in the caption of the complaint, only two Defendants are listed in the section of the complaint that lists the parties to the action and provides an address for each party. As a result, it is not clear who the parties in this action are. Ms. Reed must clarify the parties to this action in the amended complaint she will be ordered to file. In addition to clarifying who

the Defendants are, Ms. Reed also must provide a complete address for each Defendant so that all of the Defendants may be served in this action.

The Complaint also fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a pleading are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. ***See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas***, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. ***See TV Communications Network, Inc. v. ESPN, Inc.***, 767 F. Supp. 1062, 1069 (D. Colo. 1991), ***aff'd***, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Reed fails to set forth a short and plain statement of the grounds on which the court's jurisdiction depends. She fails to identify the statutory authority that allows this court to consider the claims she is asserting in this action. Ms. Reed also fails to set forth a short and plain statement of her claims showing that she is entitled to relief.

Although Ms. Reed clearly alleges that her billfold was stolen at an airport security checkpoint in June 2003, the specific claims for relief she is asserting against the Defendants based on the theft of her billfold are not clear. Ms. Reed must submit an amended complaint that complies with the pleading requirements of Rule 8 if she wishes to pursue her claims in this action. Accordingly, it is

ORDERED that Ms. Reed file, **within thirty (30) days from the date of this order**, an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Reed, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Ms. Reed fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED March 5, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00410-BNB

Tanya J. Reed
152 Slate Drive
Marble, CO 81623

I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on 3/5/07

GREGORY C. LANGHAM, CLERK

By: [signature]
Deputy Clerk