IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00410-ZLW

TANYA J. REED,

    Plaintiff,

v.

CONSTANCE GRIGNON,
BRETT BARBER,
JAY DONLY,
K. DAVID HOLMES, JR., and
ELIZABETH R. REDMAN,

    Defendants.

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Tanya J. Reed has filed *pro se* on April 17, 2007, a letter to the Court in which she asks the Court to reconsider her case. In an Order and Judgment of Dismissal filed in this action on April 13, 2007, the Court dismissed the instant action without prejudice because Ms. Reed failed to comply with an order directing her to file an amended complaint. On April 24, 2007, Ms. Reed submitted to the Court 176 pages of papers that include the pages of the Court's Complaint form.

The Court must construe the April 17 letter liberally because Ms. Reed is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Ms. Reed filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

As noted above, the Court dismissed the instant action without prejudice because Ms. Reed failed to file an amended complaint as directed. Ms. Reed alleges in the motion to reconsider that "[a]ll papers (2 copies) were sent to wrong address; they received it on the 21st. Why they kept it I don't know." Ms. Reed does not explain what papers were mailed to the wrong address or by whom. The Court's records indicate that both the order directing Ms. Reed to file an amended complaint and the Court's Order and Judgment of Dismissal were mailed to Ms. Reed at the address she listed in her complaint.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Ms. Reed fails to demonstrate the existence of any circumstances that would justify a decision to vacate the order of dismissal. Even assuming that Ms. Reed attempted to file an amended complaint and sent it to the wrong address, the papers filed in this action on April 24 still do not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Therefore, the motion to reconsider will be denied. Ms. Reed is reminded that, because the instant action was dismissed without prejudice, she may pursue her claims by filing a new action if she chooses. Accordingly, it is

ORDERED that Plaintiff's request to reconsider, which she makes in a letter to the Court filed on April 17, 2007, is denied.

DATED at Denver, Colorado, this __2__ day of ____May____, 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00410-BNB

Tanya J. Reed
152 Slate Drive
Marble, CO 81623

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _5-3-07_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk